## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIENDS OF THE EARTH, SIERRA CLUB, and HEALTHY GULF, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY and U.S. ARMY CORPS OF ENGINEERS, <br><br> *Defendants*. | Case No. 1:25-cv-02094-AHA |

### PROOF OF SERVICE

I, Jessica Hann, hereby certify that on July 2, 2025, I deposited in the United States Mail a summons and the complaint in the above captioned case, postage prepaid, certified mail, return receipt requested, addressed to each of the following defendants:

U.S. Army Corps of Engineers
441 G Street, N.W.
Washington, D.C. 20314

U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Receipts have been returned to me indicating that a summons and the complaint in this action were delivered to the above defendants on July 7 and 8, 2025. Attached hereto are the sender's receipts and return receipts for the certified mailings to the above defendants.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 21st day of July, 2025,

_____
Jessica Hann



**UNITED STATES POSTAL SERVICE**

July 7, 2025

Dear Jessica Hann:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 0052 9225 31**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | July 7, 2025, 12:16 pm |
| **Location:** | WASHINGTON, DC 20314 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 9.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | A. Mc leek |
| Address of Recipient: | 30314 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20460

| Certified Mail Fee | $4.85 | | 0988 |
|---|---|---|---|
| $ | | $0.00 | 3 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)         $ $2.62
- ☒ Return Receipt (electronic)       $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required          $ $0.00
- ☐ Adult Signature Restricted Delivery $ 

Postmark
Here

Postage    $3.71
$

Total Postage and Fees
$11.18
$

07/02/2025

Sent To    US EPA

Street and Apt. No., or PO Box No.    1200 Pennsylvania Ave., NW

City, State, ZIP+4®    Washington D.C. 20460

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions


**UNITED STATES**
**POSTAL SERVICE**

July 8, 2025

Dear Jessica Hann:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 0052 9225 62**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | July 8, 2025, 7:45 am |
| **Location:** | WASHINGTON, DC 20460 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 9.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | |
| Address of Recipient: | 20460 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served via first-class mail on July 21, 2025, upon the following:


U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

U.S. Army Corps of Engineers
441 G Street, N.W.
Washington, D.C. 20314

Pamela Bondi
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Jeanine Ferris Pirro
U.S. Attorney for the District of Columbia
U.S. Department of Justice
601 D Street, N.W.
Washington, D.C. 20530

Jessica Hann