**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FRIENDS OF THE EARTH, SIERRA CLUB, and
HEALTHY GULF,

        *Plaintiffs*,

        v.

U.S. ENVIRONMENTAL PROTECTION AGENCY
and U.S. ARMY CORPS OF ENGINEERS,

        *Defendants*.

Case No. 1:25-cv-02094-AHA

**<u>PROOF OF SERVICE</u>**

I, Jessica Hann, hereby certify that on July 2, 2025, I deposited in the United States Mail

a summons and the complaint in the above captioned case, postage prepaid, certified mail, return

receipt requested, addressed to the following official:

Pamela Bondi
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

The receipt has been returned to me indicating that a summons and the complaint in this

action were delivered to the above official on July 8, 2025. Attached hereto are the sender's

receipt and return receipt for the certified mailing to the above official.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 21st day of July, 2025,

Jessica Hann




**UNITED STATES**
**POSTAL SERVICE**

July 8, 2025

Dear Jessica Hann:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 0052 9225 55**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | July 8, 2025, 5:15 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 9.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via first-class mail on July 21, 2025, upon the following:

U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

U.S. Army Corps of Engineers
441 G Street, N.W.
Washington, D.C. 20314

Pamela Bondi
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Jeanine Ferris Pirro
U.S. Attorney for the District of Columbia
U.S. Department of Justice
601 D Street, N.W.
Washington, D.C. 20530

Jessica Hann