**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRIENDS OF THE EARTH, SIERRA CLUB, and HEALTHY GULF, <br><br>     *Plaintiffs,* <br><br>     v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY and U.S. ARMY CORPS OF ENGINEERS, <br><br>     *Defendants.* | Case No. 1:25-cv-02094-AHA |

**<u>PROOF OF SERVICE</u>**

I, Jessica Hann, hereby certify that on July 25, 2025, I deposited in the United States Mail a summons and the complaint in the above captioned case, postage prepaid, certified mail, return receipt requested, for the U.S. Attorney for the District of Columbia, Jeanine Ferris Pirro, addressed as follows:

Civil Process Clerk
U.S. Attorney for D.C.
601 D Street, N.W.
Washington, D.C. 20530

The receipt has been returned to me indicating that a summons and the complaint in this action were delivered to the Civil Process Clerk on behalf of Jeanine Ferris Pirro on August 6, 2025. Attached hereto are the sender's receipt and return receipt for the certified mailing to the above official.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 6th day of August, 2025,

Jessica Hann



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington, DC 20530

| Certified Mail Fee | $5.30 | |
| --- | --- | --- |
| $ | | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | $2.82 |
| ☐ Return Receipt (hardcopy) | $ | |
| ☒ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $4.44 | |
| $ | | |
| Total Postage and Fees | $12.56 | |
| $ | | |

0988
3

Postmark
Here

07/25/2025

Sent To Civil Process Clerk
Street and Apt. No., or PO Box No. U.S. Atty's office for DC, 601 D St., NW
City, State, ZIP+4® Washington DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**UNITED STATES POSTAL SERVICE**

August 6, 2025

Dear Jessica Hann:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 0052 9225 79**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | August 6, 2025, 5:00 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 11.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via first-class mail upon the

following:


U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

U.S. Army Corps of Engineers
441 G Street, N.W.
Washington, D.C. 20314

Pamela Bondi
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Civil Process Clerk
U.S. Attorney for D.C.
601 D Street, N.W.
Washington, D.C. 20530


Jessica Hann